FILED
U.S. District Court
District of Kansas

OCT 11 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COMMODITY FUTURES TRADING
COMMISSION

      **Plaintiff,**

v.

FIRST STATE DEPOSITORY COMPANY, LLC,
ARGENT ASSET GROUP, LLC, and ROBERT
LEROY HIGGINS,

      **Defendants.**

MISC. ACTION NO.

2:22-mc-00209-JAR-GEB

## NOTICE OF APPOINTMENT OF RECEIVER

Pursuant to the provisions of 28 U.S.C. § 754, Kelly Crawford provides notice of his appointment as Temporary Receiver for First State Depository Company, LLC, Argent Asset Group, LLC, and Robert Leroy Higgins (collectively, "Defendants"), and the affiliates or subsidiaries owned or controlled by Defendants. True and correct copies of the *Complaint* filed by the Plaintiff, Commodity Futures Trading Commission; and the *Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief* are attached hereto as **Exhibit A**, and **Exhibit B** respectively. The pleadings were sealed and pursuant to the order sealing the pleadings, the seal expired at 9:00 am EST on Wednesday, October 5, 2022.

October 5, 2022

                                        Respectfully submitted,

                                        */s/ KellyM. Crawford*
                                        Kelly M. Crawford
                                        Texas State Bar No. 05030700
                                        Kelly.Crawford@solidcounsel.com

                                        Scheef & Stone, L.L.P
                                        500 N. Akard Street, Suite 2700
                                        Dallas, Texas 75201
                                        (214) 706-4200 – Telephone
                                        (214) 706-4242 – Telecopier